IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN HARRY STEELE, AIS 284155, | : | |
| Petitioner, | : | |
| vs. | : | Civil Action No. 16-0006-KD-C |
| WILLIE THOMAS, | : | |
| Respondent. | | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of the Respondent and against the Petitioner, that Petitioner's request for federal habeas corpus relief pursuant to 28 U.S.C. § 2254 (doc. 1) is **DENIED,** and that this action is **DISMISSED.**

Petitioner is not entitled to a Certificate of Appealability and therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** this 22nd day of November 2016.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**